396 A.2d 15

Commonwealth v. Bradley, Appellant.

Commonwealth v. McDonald, Appellant.

Submitted April 11, 1977. Paulette Balogh, Assistant Public Defender, for appellants; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.